Steven G. Rosales
Attorney at Law: 222224
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-5491
E-mail _steven_rohlfing.office@speakeasy.net

Attorneys for Plaintiff  CHRISTOPHER CLOCKSIN

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

**FRESNO DIVISION**

| | |
|---|---|
| CHRISTOPHER CLOCKSIN,  )<br>                                           )<br>            Plaintiff,            )<br>                                           )<br>        vs.                           )<br>                                           )<br>MICHAEL J. ASTRUE, Commissioner )<br>                                           )<br>of Social Security,              )<br>                                           )<br>            Defendant          )<br>_____) | Case No.:   2:12-CV-2054 CKD<br><br>STIPULATION TO EXTEND BRIEFING SCHEDULE |

TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE JUDGE OF THE DISTRICT COURT:

Plaintiff Christopher Clocksin ("Plaintiff") and defendant Michael Astrue, Commissioner of Social Security ("Defendant"), through their undersigned counsel of record, hereby stipulate, subject to the approval of the Court, to extend the time for Defendant to Answer the Complaint until December 14, 2012.

///

///

1  An extension of time is needed in order to allow the parties to discuss
2  settlement of the matter. Counsel sincerely apologizes to the court for any
3  inconvenience this may have had upon it or its staff.

DATE: October 30, 2012              Respectfully submitted,

                                  LAW OFFICES OF LAWRENCE D. ROHLFING

                                    /s/ *Steven G. Rosales*
                              BY: _____
                              Steven G. Rosales
                              Attorney for plaintiff CHRISTOPHER CLOCKSIN

DATE:  October 30, 2012              BENJAMIN WAGNER
                                    United States Attorney


                                */S/- *Armand Roth*

                                _____
                                Armand Roth
                                Special Assistant United States Attorney
                                Attorney for Defendant
                                [*Via email authorization]

1    IT IS HEREBY ORDERED that defendant may have an extension of time,
2 to and including December 14, 2012, in which to file the Answer.
3    IT IS SO ORDERED.
4 DATE: 11/1/2012

/s/ Carolyn K. Delaney
THE HONORABLE CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE