1  BENJAMIN B. WAGNER
   United States Attorney
2  DONNA L. CALVERT
   Acting Regional Chief Counsel, Region IX,
3  Social Security Administration
4
   ARMAND D. ROTH
5  Special Assistant United States Attorney
6  California Bar No. 214624
        160 Spear Street, Suite 800
7       San Francisco, CA 94105
        Telephone: (415) 977-8924
8       Fax: (415) 744-0134
        E-Mail: Armand.Roth@ssa.gov
9
10
   Attorneys for Defendant
11
                    UNITED STATES DISTRICT COURT
12
                    EASTERN DISTRICT OF CALIFORNIA
13
                            SACRAMENTO
14

| | |
|---|---|
| Christopher R. Clocksin, | No. 12-cv-02054-CKD |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR SENTENCE SIX REMAND** |
| v. | |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

1

The parties have agreed to a voluntary remand of this case pursuant to sentence six of 42 U.S.C. § 405(g) because there was new and material evidence, which was not included in the record, and the Appeals Council did not address the subsequent allowance finding that Plaintiff was disabled as of December 1, 2010.

Upon remand, the Appeals Council will remand the case to an administrative law judge for a de novo hearing and consideration of the above-mentioned evidence and allowance.

Respectfully submitted on December 12, 2012,

/s/ Steven Gilbert Rosales
STEVEN GILBERT ROSALES
Attorney for Plaintiff
*By Armand Roth by telephone authorization*

BENJAMIN B. WAGNER
United States Attorney
DONNA L. CALVERT
Acting Regional Chief Counsel, Region IX,
Social Security Administration
By:  /s/ Armand Roth
Special Assistant United States Attorney

## ORDER

IT IS SO ORDERED.

Dated this 18th day of December, 2012

_____/s/ Carolyn K. Delaney_____
Magistrate Judge Carolyn K. Delaney

2