1  Steven G. Rosales
   Attorney at Law: 222224
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-5491
   E-mail _steven.rosales@rohlfinglaw.com
5
   Attorneys for Plaintiff  CHRISTOPHER CLOCKSIN
6

7
                **UNITED STATES DISTRICT COURT**
8
                **EASTERN DISTRICT OF CALIFORNIA**
9
                        **SACRAMENTO DIVISION**
10

11

12 | CHRISTOPHER CLOCKSIN,          ) Case No.:  2:12-CV-2054 CKD
                                    )
13 |        Plaintiff,               ) STIPULATION TO MODIFY
                                    ) BRIEFING SCHEDULE
14 |   vs.                           )
                                    )
15 | CAROLYN COLVIN, Acting         )
                                    )
16 | Commissioner of Social Security, )
                                    )
17 |        Defendant                )
   |_____)

18
       TO THE HONORABLE CAROLYN K. DELANEY, MAGISTRATE
19
   JUDGE OF THE DISTRICT COURT:
20
       Plaintiff Christopher Clocksin ("Plaintiff") and defendant Carolyn Colvin,
21
   Acting Commissioner of Social Security ("Defendant"), through their undersigned
22
   counsel of record, hereby stipulate, subject to the approval of the Court, to extend
23
   the time for Plaintiff to file Plaintiff's Motion for Summary Judgment or Remand
24
   to July 23, 2015; and that Defendant shall have until August 24, 2015, to file his
25
   opposition.  Any reply by plaintiff will continue to be due September 11, 2015.
26

-1-

1   An extension of time for plaintiff is needed in order to allow Counsel to deal
2 with complications arising from his Spouse's terminal illness.  Counsel notes that
3 the modified briefing schedule continues to require any reply brief to be filed by the
4 same September 11, 2015 date as previously set by this Court.  Consequently, the
5 modification results in a reduction of time for Counsel to prepare any reply and does
6 not extend the time for this matter to be submitted to the Court for decision.

7   Counsel sincerely apologizes to the court for any inconvenience this may
8 have had upon it or its staff.

9 DATED: July 23, 2015          Respectfully submitted,

10                               LAW OFFICES OF LAWRENCE D. ROHLFING

11                                   /s/ *Steven G. Rosales*
                                  BY: _____
12                                Steven G. Rosales
                                  Attorney for plaintiff
13

14 DATED:  July 23, 2015         BENJAMIN WAGNER
                                  United States Attorney
15
                                  */S/- Armand D. Roth
16

17                                _____
                                  Armand D. Roth
18                                Special Assistant United States Attorney
                                  Attorney for Defendant
19                                [*Via email authorization]

20

21 ////

22 ////

23 ////

24 ////

25 ////

26

-2-

1  IT IS HEREBY ORDERED that plaintiff may have an extension of time, to and
2  including July 23, 2015, in which to file Plaintiff's Motion for Summary Judgment
3  or Remand; Defendant may have an extension of time to August 24, 2015 to file
4  his opposition, if any is forthcoming.  Any reply by plaintiff will continue to be
5  due September 11, 2015.
6      IT IS SO ORDERED.
7  Dated:  July 29, 2015

    _____
    CAROLYN K. DELANEY
    UNITED STATES MAGISTRATE JUDGE